THE TRUSTEES OF THE SAILORS' SNUG HARBOR IN THE CITY OF NEW YORK, Appellants, *v.* M. & H. LASSAW REALTY COMPANY, INC., et al., Respondents, Impleaded with Others.

Argued March 3, 1937; decided March 23, 1937.

*E. J. Dimock, Barent L. Visscher, Glen W. Watkins* and *Joseph G. Kelly* for appellant.

*E. Robert Willcox* and *J. Donald Whelehan* for Louis H. Pink, Superintendent of Insurance of the State of New York, as rehabilitator of Bond and Mortgage Guarantee Company, et al., respondents.

Orders reversed, with costs in all courts, and matter remitted to Special Term to proceed in accordance with the opinion in *Heiman* v. *Bishop* (272 N. Y. 83). No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.